**Order issued May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00490-CR
No. 05-14-00491-CR
No. 05-14-00492-CR
No. 05-14-00493-CR

**JIMIL JOHNTE BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Bridges, Lang, and Schenck

Based on the Court's opinion of this date, we **GRANT** the January 2, 2015 motion of F. Clinton Broden for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove F. Clinton Broden as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jimil Johnte Brown, TDCJ No. 1916351, Cole State Jail, 3801 Silo Road, Bonham, Texas, 75418.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE